## IN THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FRANS EFRAIN WUISAN, Personal Representative of the )
Estate of RIANE ESTHER, Deceased, )
)
FRANS EFRAIN WUISAN, Personal Representative of the )
Estate of FADJAR JONAH EFRAIM, Deceased, )
)
FRANS EFRAIN WUISAN, Personal Representative of the )
Estate of GARY JOAN EFRAIM JUANA, Deceased, )
)
FRANS EFRAIN WUISAN, Personal Representative of the )          NO. 09-CV-3805
Estate of GERALD GABRIAL EFRAIM JUANA, Deceased, )          MDL NO. 2037
).
FRANS EFRAIN WUISAN, Personal Representative of the )
Estate of GLENN YENUDA EFRAIM JUANA, Deceased, )          JURY DEMAND
)
SACRE LENDO, Personal Representative of the Estate )
of YOHANES BENYAMIN LENDO, Deceased, )
)
YENSEN PAULUS, Personal Representative of the Estate )
of DESSY KATERINA PAULUS, Deceased, )
)
TRINTJE SASIPARE, Personal Representative of the )
Estate of PETRA SELS RUMPIA, Deceased, )
)
INNEKE TOMBOKAN, Personal Representative of the )
Estate of HARI SUDARYONO, Deceased, )
)
FRANSISKA MONINGKA, Personal Representative of the )
Estate of MARIA J. TOLIU, Deceased, )
)
FRANSISKA MONINGKA, Personal Representative of the )
Estate of IGNATI GATUWATI, Deceased, )
)
FRANSISKA MONINGKA, Personal Representative of the )
Estate of STEPHANUS GATUWATI, Deceased, )
)
SH ZULFIA, Personal Representative of the Estate of )
CAPTAIN REFRI AGUSTIAN WIDODO, Deceased, )
)
ABRAHAM MOMONGAN, Personal Representative of the )
Estate of JOLLY WILLEM MOMONGAN, Deceased, )
)
ABRAHAM MOMONGAN, Personal Representative of the )
Estate of SHEYSITA TURANGAN, Deceased, )
)

DENNY LALE, Personal Representative of the Estate of
DANIEL LALEL, Deceased,

DENNY LALE, Personal Representative of the Estate of
NONTJE TUMBELAKA, Deceased,

CHARLES HANDOKO, Personal Representative of the
Estate of RENDY CHRISTIAN HANDOKO, Deceased,

ETY SRIWATI, Personal Representative of the Estate of
NINING IRIYANI, Deceased,

HENDRICUS HANDONO WARIH, Personal Representative
of the Estate of ARISTON SETYO WIDODO, Deceased,

HENDRICUS HANDONO WARIH, Personal Representative
of the Estate of ELISABETH FERI JRIHANDAYANI,
Deceased,

HENDRICUS HANDONO WARIH, Personal Representative
of the Estate of FRANSISKA ROMANA SRI HARTINI,
Deceased,

HENDRICUS HANDONO WARIH, Personal Representative
of the Estate of LEONARDO PRAMATYA ARDANA,
Deceased,

HENDRICUS HANDONO WARIH, Personal Representative
of the Estate of JROLFILUS RIKESA ARNATA, Deceased,

T.A. BRATA, Personal Representative of the Estate of
VERAWATI CHATARINA, Deceased,

DICKY FIRMAN TARIGAN, Personal Representative of the
Estate of VITTORIO BUYUNG PUTRANTO, Deceased,

ELLEN T. KARWUR, Personal Representative of the Estate
of FLONIA MONICA ASSA, Deceased,

RR. ANGGRAENI KUSUMANINGTYAS, Personal
Representative of the Estate of SUSETIJA BUDI, Deceased,

ENDAH PROBORINI, Personal Representative of the Estate
of BAMBANG SUPRIYANTO, Deceased,

2

SUMINI, Special Administrator of the Estate of RATIH
SEKARSARI, deceased,

KETTHY MARIESTA, Special Administrator of the Estate of
YOGA SASONTA, deceased,

ESTHER BATUBARA, Special Administrator of the Estates
of DAVID BATUBARA, deceased, INGGRID SUMOLANG,
deceased, MILKA BATUBARA, deceased, and MATTHEW
BATUBARA, deceased,

NYOMAN BUDIASA, Special Administrator of the Estates
of MADE DWI DIASTARI, deceased, and KOMANG
PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate
of DANIEL HERRY LENZUN, deceased,

CHRISTIAN J. MUSKITTA, Special Administrator of the
Estate of SINTJE KALALO, deceased,

SLAMET ABDULLAH, Special Administrator of the Estate
of MAYA ISMAWATI, deceased,

BARRY R. TONTEY, Special Administrator of the Estate of
CHRISTINA AGATHA PATRICIA, deceased,

NINIK DWI SULISTYOWATI, Special Administrator of the
Estate of NOVI INDRAYANTO, deceased,

IRENE MAMOTO, Special Administrator of the Estate of
WIESYE WALINTUKAN, deceased,

DR. FERRY KAUROW, Special Administrator of the Estates
of JOPPY E.L. WANTANIA, deceased, MARRY E.
KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased,
MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIA
deceased, and FIRA JINI KAUROW, deceased,

SEMUEL TUMURANG, as Personal Representative of the
Estate of YUNEKEE TUMURANG, deceased,

MARYAM HASAN, as Personal Representative of the Estate
of RIRIN J. BUTOLO, deceased,

3

FREDI K. SIMANUNGKALIT, as Attorney in Fact for the )
Estate of RATIH SEKARASARI, deceased )
)
MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal )
Representatives of the Estate of DINA OKTARINA, )
deceased, )
)
FRANGKY DONNY TOMBOKAN, as Personal )
Representative of the Estate of HERRY SUDARYONO, )
deceased )
)
HENDRY WARSITO SUTEDJA, Special Administrator of the )
Estate of DESSY KATERINA PAULUS, deceased )
)
MARTHEN KAUROUW, as Personal Representative of the )
Estate of VIRA JINNY KAUROUW, deceased )
)
BARRY RUDOLF TONTEY, as Personal Represenative of )
the Estate of CHRISTINA AGATA PATRICIA, Deceased )
)
R.A. NUR FAUZIAH, as Personal Representative of the )
Estate of DANIEL HERRY LENSUN, Deceased )
)
JIMMY LENDO, as Personal Representative of the Estate )
of BENNY LENDO, deceased )
)
      Plaintiffs, )
)
         V. )
)
THE BOEING COMPANY, a corporation, WORLD STAR )
AVIATION SERVICES, INC., a corporation; TRITON )
AVIATION BUSINESS SERVICES HOLDINGS, LLC; )
TRITON AVIATION LTD, d/b/a TRITON AVIATION )
IRELAND, LTD., WELLS FARGO BANK NORTHWEST, )
NATIONAL ASSOCIATION, WELLS FARGO & COMPANY, )
and HONEYWELL INTERNATIONAL INC., )
)
      Defendants. )

4

## FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

5

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

6

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIA, deceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased, MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Represenative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, by and through their attorneys, POWER ROGERS & SMITH, P.C., and complaining of the

7

Defendants, THE BOEING COMPANY, WORLD STAR AVIATION SERVICES, INC., TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.; TRITON AVIATION LTD, d/b/a TRITON AVIATION IRELAND, LTD., WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, WELLS FARGO & COMPANY, and HONEYWELL INTERNATIONAL INC., pleading hypothetically and in the alternative states as follows:

## GENERAL ALLEGATIONS

1.     On January 1, 2007, an Adam Air Boeing 737-400, flight number KI-574, serial number 24070, registration number PK-KKW, (hereinafter referred to as "the subject aircraft"), crashed while flying from Java, Indonesia to Sulawesi, Indonesia, resulting in the deaths of more than 90 individuals.

2.     Plaintiffs are personal representatives of the estates of persons who were killed as a result of the crash of the subject aircraft (hereinafter referred to as "plaintiffs' decedents").

3.     Defendant, THE BOEING COMPANY, (hereinafter referred to as "BOEING") is a Delaware corporation with its principal place of business and world headquarters located in the City of Chicago, County of Cook, State of Illinois.

4.     Prior to January 1, 2007, Defendant, BOEING, designed, manufactured, assembled, sold, and/or distributed the subject aircraft.

5.     Subsequent to the sale and/or distribution of the subject aircraft by Defendant, BOEING, said Defendant continued to provide customer support to the operators of said aircraft, which included changes in design, configuration, maintenance, repair, and instructions in the proper operation of the subject aircraft, and which affected the airworthiness of the subject aircraft.

8

6.    That Defendant, WORLD STAR AVIATION SERVICES, INC., (hereinafter referred to as "WORLD STAR"), is a California corporation with its principal place of business located in the City of San Francisco, State of California.

7.    Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, was an aircraft leasing company that buys, sells, and leases commercial aircraft for the international aviation industry.

8.    Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, also managed aircraft fleets for other aircraft owners.

9.    Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR's management of aircraft fleets included marketing and remarketing of aircraft, contract negotiations, financial and credit risk analysis, administration of lease obligations, insurance accounting, maintenance services, and aircraft documentation.

10.    Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, managed the subject aircraft being operated by Adam Air.

11.    Prior to January 1, 2007, and at all times material, Defendant WORLD STAR's management of the subject aircraft being operated by Adam Air included maintenance services.

12.    That Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC, is a corporation with its principle place of business located in the City of San Francisco, the State of California.

13.    That Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., specializes in leasing international transportation equipment.

14.    That Defendant, TRITON AVIATION LTD d/b/a TRITON AVIATION

9

IRELAND, LTD, (hereinafter referred to as "TRITON"), is a subsidiary of Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.

15.    That at all times material, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., controlled and operated TRITON.

16.    On January 1, 2007, and at all times material, Defendant, TRITON, was an owner and lessor of the subject aircraft being operated by Adam Air and being managed by Defendant, WORLD STAR.

17.    That at all times material, Defendant, WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, (hereinafter referred to as "WELLS FARGO BANK"), was a national banking association chartered under the laws of the United States of America.

18.    On or about January 1, 2007, and at all times material, Defendant, WELLS

FARGO BANK, was an owner and lessor of the subject aircraft being operated by Adam Air.

19.    That at all times material, Defendant, WELLS FARGO & COMPANY, was a corporation duly organized and existing under the laws of the State of Delaware with its headquarters in the City of San Francisco, State of California.

20.    That at all times material, Defendant, WELLS FARGO & COMPANY, was the parent company of Defendant, WELLS FARGO BANK.

21.    That at all times material, Defendant, HONEYWELL INTERNATIONAL, INC., (hereinafter referred to as "HONEYWELL"), was a foreign corporation licensed to do business in the State of Illinois.

10

22. Prior to January 1, 2007, and at all times material, Defendant, HONEYWELL, designed and manufactured integrated avionics, engines, systems, and service solutions for aircraft manufacturers, airlines, business and general aviation, military, space, and airport operations.

23. Prior to January 1, 2007, and at all times material, Defendant, HONEYWELL, designed and manufactured Inertial Reference Systems.

24. Prior to January 1, 2007, and at all times material, Defendant, HONEYWELL, designed and manufactured certain Inertial Reference Systems, specifically part number HG1050AD05 with serial number 2296 and part number HG1050AD10 with serial number 7889.

25. Prior to January 1, 2007, and at all times material, the aforementioned Inertial Reference Systems were installed in the subject aircraft.

26. Beginning in 2006, up to and through December 2007, and at all times material, the Boeing 737 fleet experienced numerous repetitive defects with their Inertial Reference Systems.

27. Beginning in October 2006 and through December 2006, and at all times material, the subject aircraft had numerous repetitive problems relating to the aircraft's Inertial Reference System.

28. At all times material, the subject aircraft had a lack of a fail safe system to avoid loss of directional displays under varying conditions.

29. At all times material, the subject aircraft and the Boeing 737 fleet had various control surface and structural defects, including but not limited to, tail, rudder, and wing defects.

11

30. Beginning in October 2006 and through December 2006, and at all times material, the defects on the subject aircraft were not fixed.

31. On or about January 1, 2007, and at all times material, the Flight Crew Operations Manual and the Quick Reference Handbook had not been revised since December 2005 for the subject aircraft and failed to provide sufficient information and guidance in total.

32. On or about January 1, 2007, and at all times material, the Boeing 737-300/400/500 Flight Crew Operations Manual did not cover initial Inertial Reference System training material for the subject aircraft and there was an otherwise failure to warn and advise.

33. At all times material, Adam Air outsourced maintenance tasks to Defendant, WORLD STAR.

34. On January 1, 2007, the subject aircraft was being operated by Adam Air, an Indonesian common carrier, Flight number KI-574, serial number 24070, registration number PK-KKW from Java, Indonesia to Sulawesi, Indonesia.

35. At said time and place, the Plaintiffs' decedents were fare paying passengers aboard Adam Air flight number KI -574, serial number 24070, registration number PK-KKW.

36. On January 1, 2007, and at all times material, Adam Air flight number KI-574 was en route to Sulawesi, Indonesia when the Inertial Reference System on the subject aircraft malfunctioned and the subject aircraft experienced a significant aerodynamic structural failure.

37. On January 1, 2007, and at all times material, the subject aircraft crashed

12

into the sea.

38.    During the aforementioned crash, Plaintiffs' decedents were killed.

## COUNT I
## WRONGFUL DEATH - STRICT PRODUCT LIABILITY
(BOEING)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of this Count I as though fully set forth herein.

39. At the time the subject aircraft left the control of Defendant, BOEING, the subject aircraft was defective, unreasonably dangerous, and/or unfit for its intended use.

40. As a direct and proximate result of the defective, unreasonably dangerous, and/or unfit condition of the subject aircraft, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI

14

INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G.

WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

42.     That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN  YENUDA  EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI  GATUWATI,  STEPHANUS  GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID  BATUBARA,  INGGRID  SUMOLANG,  MILKA  BATUBARA,  MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA  JINI  KAUROW,  YUNEKEE  TUMURANG,  RIRIN  J.  BUTOLO,  RATIH SEKARASARI,  DINA  OKTARINA,  HERRY  SUDARYONO,  DESSY  KATERINA

16

PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

43. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO named herein, are the properly appointed Representatives of the Estate of their respective decedents.

44. That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of

17

GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

18

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

19

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIA, deceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased, MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUM, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, THE BOEING COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT II
### SURVIVAL - STRICT PRODUCT LIABILITY
(BOEING)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of this Count II as though fully set forth herein.

39.     At the time the subject aircraft left the control of Defendant, BOEING, the subject aircraft was defective, unreasonably dangerous, and/or unfit for its intended use.

40. As a direct and proximate result of the defective, unreasonably dangerous, and/or unfit condition of the subject aircraft, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI

21

INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41.    That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA,

22

FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

42.     That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO,

DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

43.     That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial

24

pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

44.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PRODORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45.     That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

25

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

26

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

27

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.
WANTANIA, deceased, CINDY E.M. WANTANIA, deceased, and FIRA JINI KAUROW,
deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of
YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of
the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in
Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND
RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA,
deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate
of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special
Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN
KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW,
deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of
CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal
Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO,
as Personal Representative of the Estate of BENNY LENDO, deceased, and each of
them, pray that judgment be entered in their favor against the Defendant, THE BOEING
COMPANY, in a sum of money in excess of the jurisdictional limits of this Court,
together with interest and the costs of bringing this action.

## COUNT III
## WRONGFUL DEATH - NEGLIGENCE
(BOEING)

1-38.  Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of this Count III as though fully set forth herein.

39.  Defendant, BOEING, was negligent in the design, manufacture, assembly, sale and/or distribution of the subject aircraft and/or was negligent in its after market customer support.

40.  As a direct and proximate result of the negligence of Defendant, BOEING, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN,

29

JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG,

RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

42.    That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN   YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI  GATUWATI,  STEPHANUS  GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID  BATUBARA,  INGGRID  SUMOLANG,  MILKA  BATUBARA,  MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,    MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA  JINI  KAUROW,  YUNEKEE  TUMURANG,  RIRIN  J.  BUTOLO,  RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA,

DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

43.    That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

44.    That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

32

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE

LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,

Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY

KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the

Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

33

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased, and EDNAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

34

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of the Estate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, THE BOEING COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

35

## COUNT IV
## SURVIVAL - NEGLIGENCE
(BOEING)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of this Count IV as though fully set forth herein.

39.     Defendant, BOEING, was negligent in the design, manufacture, assembly, sale and/or distribution of the subject aircraft and/or was negligent in its after-market customer support.

40.     As a direct and proximate result of the negligence of Defendant, BOEING, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO,     RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN,

36

JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41.     That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH

37

SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

42.     That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA

AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

43.     That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial

39

pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

44.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45.     That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

40

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

41

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

42

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, decased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, THE BOEING COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT V
## WRONGFUL DEATH - NEGLIGENCE
(WORLD STAR AVIATION SERVICES, LTD)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count V as though fully set forth herein.

39. Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, maintained the subject aircraft for Adam Air; Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.; and Defendant, TRITON.

40. On or about January 1, 2007, and at all times material, Defendant, WORLD STAR, had a duty to maintain the subject aircraft in a manner to ensure the safety of the Plaintiffs' decedents and any and all passengers and crew on the subject aircraft.

41. On or about January 1, 2007, and at all times material, Defendant, WORLD STAR, was then and there negligent in one or more of the following ways:

> a. failed to correct the inertial reference system problems on the subject aircraft; or
>
> b. failed to properly maintain the subject aircraft; or
>
> c. was otherwise negligent.

42. As a direct and proximate result of the negligence of Defendant, WORLD STAR, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI,

CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

43. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING

45

IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI,

FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS

RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO,

FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH

SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA

BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA

ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI,

CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN,

JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G.

WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG,

RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO,

DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA

AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving

them certain dependents for whose benefit this action is brought.

    44.    That the dependents of Plaintiffs' decedents,  RIANE ESTHER, FADJAR

JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA,

GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU,

IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN

WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL,

NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON

SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI

HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA,

VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

45.    That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY

47

WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

46.     That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

48

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

49

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal

Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WORLD STAR AVIATION SERVICES, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

51

## COUNT VI
**SURVIVAL - NEGLIGENCE**
(WORLD STAR AVIATION SERVICES, INC.)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count VI as though fully set forth herein.

39.     Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, maintained the subject aircraft for Adam Air; Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.; and Defendant, TRITON.

40.     On or about January 1, 2007, and at all times material, Defendant, WORLD STAR, had a duty to maintain the subject aircraft in a manner to ensure the safety of the Plaintiffs' decedents and any and all passengers and crew on the subject aircraft.

41.     On or about January 1, 2007, and at all times material, Defendant, WORLD STAR, was then and there negligent in one or more of the following ways:

>           a.      failed to correct the inertial reference system problems on the subject aircraft; or
>
>           b.      failed to properly maintain the subject aircraft; or
>
>           c.      was otherwise negligent.

42.     As a direct and proximate result of the negligence of Defendant, WORLD STAR,  RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI,

CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

43. That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON

SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

44. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS

54

RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

45.      That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA,

DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, RATIH SEKARASARI, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

46. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR

56

FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

47.    That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

57

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased, and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.

WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW,

deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of

YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of

the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in

Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND

RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA,

deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate

of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special

Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN

KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW,

deceased, BARRY RUDOLF TONTEY, as Personal Represenative of the Estate of

CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal

Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WORLD STAR AVIATION SERVICES, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT VII
### WRONGFUL DEATH - STRICT LIABILITY
(WORLD STAR AVIATION SERVICES, LTD)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count VII as though fully set forth herein.

39. Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, maintained the subject aircraft for Adam Air; Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.; and Defendant, TRITON.

40. At the time the subject aircraft left the control of Defendant, WORLD STAR, to be used for commercial passenger aviation flights, the subject aircraft was defective, unreasonably dangerous, and/or unfit for its intended use.

41.As a direct and proximate result of the defective, unreasonably dangerous, and/or unfit condition of the subject aircraft, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA,

SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

42.     That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA

BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

43. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

63

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

44.    That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH,  T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, and ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45.    That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

65

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, INANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO,

as Personal Representative of the Estate of BENNY LENDO, deceased, and each of
them, pray that judgment be entered in their favor against the Defendant, WORLD
STAR AVIATION SERVICES, INC., in a sum of money in excess of the jurisdictional
limits of this Court, together with interest and the costs of bringing this action.

## COUNT VIII
### SURVIVAL - STRICT LIABILITY
(WORLD STAR AVIATION SERVICES, INC.)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count VIII as though fully set forth herein.

39. Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, maintained the subject aircraft for Adam Air; Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.; and Defendant, TRITON.

40. At the time the subject aircraft left the control of Defendant, WORLD STAR, to be used for commercial passenger aviation flights, the subject aircraft was defective, unreasonably dangerous, and/or unfit for its intended use.

41.As a direct and proximate result of the defective, unreasonably dangerous, and/or unfit condition of the subject aircraft, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA,

69

SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

42.     That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW

BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

43.     That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA

71

ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI,

CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN,

JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G.

WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG,

RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA

PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA,

DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain

dependents for whose benefit this action is brought.

44.    That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR

JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA,

GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU,

IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN

WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL,

NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON

SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI

HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA,

VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA,

SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA,

DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW

BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI

INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E.

KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA,

FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA,

HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW,

BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and

RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not

limited to, loss of support, society, companionship, love, affection, and services.

45. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN

PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH

ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY

SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN,

ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI,

SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR

FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK

DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY

KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT,

MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY

WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR

FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed

Representatives of the Estate of their respective decedents.

46. That this action is brought pursuant to what is commonly called the

Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO,

as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WORLD STAR AVIATION SERVICES, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT IX
### WRONGFUL DEATH - NEGLIGENT ENTRUSTMENT
(WORLD STAR AVIATION SERVICES, INC.)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count VIII as though fully set forth herein.

39.     Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, maintained the subject aircraft for Adam Air; Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.; and Defendant, TRITON.

40.     Prior to January 1, 2007, and at all times material, Adam Air took constructive delivery of the subject aircraft and the aircraft was entrusted to Adam Air by Defendant, WORLD STAR AVIATION SERVICES, INC.

41.     On January 1, 2007, and at all times material, the subject aircraft being operated by Adam Air was a dangerous instrumentality and possessed the ability to inflict significant harm upon persons and property.

42.     That Defendant, WORLD STAR AVIATION SERVICES, INC. was negligent in the entrustment of the subject aircraft to Adam Air when it knew, or should have known, that Adam Air did not have properly trained pilots and crew, did not have properly qualified and trained maintenance personnel, and did not have an adequate maintenance program.

43.     As a proximate result of the negligent acts and omissions of Defendant WORLD STAR AVIATION SERVICES, INC., the subject aircraft experienced various problems which caused it to crash into the sea at the time and place previously

indicated causing injuries and death to RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI,.KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI.

44. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD

79

GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

45.     That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

46.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY

81

SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO named herein, are the properly appointed Representatives of the Estate of their respective decedents.

47. That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

83

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.

WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW,

deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of

84

YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WORLD STAR AVIATION SERVICES, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT X
### SURVIVAL - NEGLIGENT ENTRUSTMENT
(WORLD STAR AVIATION SERVICES, INC.)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count VIII as though fully set forth herein.

39.    Prior to January 1, 2007, and at all times material, Defendant, WORLD STAR, maintained the subject aircraft for Adam Air; Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC.; and Defendant, TRITON.

40.    Prior to January 1, 2007, and at all times material, Adam Air took constructive delivery of the subject aircraft and the aircraft was entrusted to Adam Air by Defendant, WORLD STAR AVIATION SERVICES, INC.

41.    On January 1, 2007, and at all times material, the subject aircraft being operated by Adam Air was a dangerous instrumentality and possessed the ability to inflict significant harm upon persons and property.

42.    That Defendant, WORLD STAR AVIATION SERVICES, INC. was negligent in the entrustment of the subject aircraft to Adam Air when it knew, or should have known, that Adam Air did not have properly trained pilots and crew, did not have properly qualified and trained maintenance personnel, and did not have an adequate maintenance program.

43.    As a proximate result of the negligent acts and omissions of Defendant WORLD STAR AVIATION SERVICES, INC., the subject aircraft experienced various problems which caused it to crash into the sea at the time and place previously

86

indicated causing injuries and death to RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI.

44. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD

87

GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

45.     That the dependents of Plaintiffs' decedents,  RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

88

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

46.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN,

89

ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO named herein, are the properly appointed Representatives of the Estate of their respective decedents.

47. That this action is brought pursuant to the what is commonly known as the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.

WANTANIA, deceased, CINDY E.M. WANTANIA, deceased, and FIRA JINI KAUROW,

deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of

92

YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WORLD STAR AVIATION SERVICES, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT XI
## WRONGFUL DEATH - NEGLIGENT ENTRUSTMENT
(TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC & TRITON AVIATION
LTD d/b/a TRITON AVIATION IRELAND, LTD)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count X as though fully set forth herein.

39.     Beginning in December 2005, and at all times material, Defendant,

TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., and Defendant,

TRITON, leased the subject aircraft to Adam Air.

40.     Prior to January 1, 2007, and at all times material, Adam Air took constructive delivery of the subject aircraft and the aircraft was entrusted to Adam Air by Defendants, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC, and TRITON.

41.     On January 1, 2007, and at all times material, the subject aircraft being operated by Adam Air was a dangerous instrumentality and possessed the ability to inflict significant harm upon persons and property.

42.     That Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC, and Defendant, TRITON, were negligent in the entrustment of the subject aircraft to Adam Air when it knew, or should have known, that Adam Air did not have properly trained pilots and crew, did not have properly qualified and trained maintenance personnel, and did not have an adequate maintenance program.

43.     As a proximate result of the negligent acts and omissions of Defendant

94

TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., and Defendant,

TRITON, the subject aircraft experienced various problems which caused it to crash
into the sea at the time and place previously indicated causing injuries and death to
RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD
GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN
LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO,
MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI
AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN,
DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING
IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI,
FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS
RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO,
FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH
SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA
BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA
ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI,
CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN,
JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G.
WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG,
RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA
PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA,
DANIEL HERRY LENSUN, and RATIH SEKARSARI.

44.    That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER,

FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM

JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU,

IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN

WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL,

NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON

SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI

HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA,

VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA,

SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA,

DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW

BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA,

NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E.

KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M.

WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA

OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY

KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY

LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain

and suffering as well as severe terror and emotional distress.

45.    That at the times of their deaths, the Plaintiffs' decedents,  RIANE

ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

46.     That the dependents of Plaintiffs' decedents,  RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA,

GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

47.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH

ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY
SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN,
ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI,
SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR
FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK
DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY
KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT,
MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY
WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR
FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed
Representatives of the Estate of their respective decedents.

48.     That this action is brought pursuant to what is commonly called the
Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of
the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal
Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN
WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA,
Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of
GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal
Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE
LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,
Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY

99

KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

100

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.

101

WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC, and Defendant, TRITON AVIATION LTD d/b/a TRITON AVIATION IRELAND, LTD., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT XII
## SURVIVAL - NEGLIGENT ENTRUSTMENT
(TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC & TRITON AVIATION
LTD d/b/a TRITON AVIATION IRELAND, LTD)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations
of this Complaint as paragraphs 1 through 38 of Count X as though fully set forth
herein.

39. Beginning in December 2005, and at all times material, Defendant,

TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., and Defendant,

TRITON, leased the subject aircraft to Adam Air.

40. Prior to January 1, 2007, and at all times material, Adam Air took
constructive delivery of the subject aircraft and the aircraft was entrusted to Adam Air
by Defendants, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC, and
TRITON.

41. On January 1, 2007, and at all times material, the subject aircraft being
operated by Adam Air was a dangerous instrumentality and possessed the ability to
inflict significant harm upon persons and property.

42. That Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS,
LLC, and Defendant, TRITON, were negligent in the entrustment of the subject aircraft
to Adam Air when it knew, or should have known, that Adam Air did not have properly
trained pilots and crew, did not have properly qualified and trained maintenance
personnel, and did not have an adequate maintenance program.

43. As a proximate result of the negligent acts and omissions of Defendant

103

TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., and Defendant,

TRITON, the subject aircraft experienced various problems which caused it to crash into the sea at the time and place previously indicated causing injuries and death to RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI.

44.    That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER,

FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM

JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU,

IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN

WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL,

NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON

SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI

HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA,

VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA,

SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA,

DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW

BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI

INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E.

KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA,

FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA,

HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW,

BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and

RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as

well as severe terror and emotional distress.

45.    That at the times of their deaths, the Plaintiffs' decedents,  RIANE

105

ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

46. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA,

GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

47. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY

SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

48. That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the

108

Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,
Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;
ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA
ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of
the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal
Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special
Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,
Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER
BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,
INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW
BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of
MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,
R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,
deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE
KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of
MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate
of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special
Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,
Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY
KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,
MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.
WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW,

deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of

YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of

the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in

Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND

RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA,

deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate

of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special

Administrator of the Estate of DESSY KATERINA PAULUS, deceased, MARTHEN

KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW,

deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of

CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal

Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO,

as Personal Representative of the Estate of BENNY LENDO, deceased, and each of

them, pray that judgment be entered in their favor against the Defendant, TRITON

AVIATION BUSINESS SERVICES HOLDINGS, LLC, and Defendant, TRITON

AVIATION LTD d/b/a TRITON AVIATION IRELAND, LTD., in a sum of money in excess

of the jurisdictional limits of this Court, together with interest and the costs of bringing

this action.

## COUNT XIII
## WRONGFUL DEATH - STRICT LIABILITY
(TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC & TRITON AVIATION
LTD d/b/a TRITON AVIATION IRELAND, LTD)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count XI as though fully set forth herein.

39. Beginning in December 2005, and at all times material, Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., and Defendant, TRITON, leased the subject aircraft to Adam Air.

40. At the time the subject aircraft left the control of Defendant, TRITON HOLDINGS, LTD., and Defendant, TRITON, the subject aircraft was defective, unreasonably dangerous, and/or unfit for its intended use.

41. As a proximate result of the defective, unreasonably dangerous, and/or unfit condition of the subject aircraft, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA

BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID

BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA,

MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN,

SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI

INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E.

KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA,

FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA,

HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW,

BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and

RATIH SEKARSARI, sustained injuries which led to their deaths.

42.     That at the times of their deaths, the Plaintiffs' decedents,  RIANE

ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD

GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN

LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO,

MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI

AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN,

DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING

IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI,

FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS

RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO,

FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH

SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA

BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

43.     That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

114

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

44. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45. That this action is brought pursuant to the Illinois Wrongful Death Act.

115

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

116

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY
SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;
HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON
SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal
Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;
HENDRICUS HANDONO WARIH, Personal Representative of the Estate of
FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,
Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,
Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of
JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of
the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,
Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;
ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA
ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of
the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal
Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special
Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,
Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER
BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,
INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW
BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of
MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

117

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO,

118

as Personal Representative of the Estate of BENNY LENDO, deceased, and each of
them, pray that judgment be entered in their favor against the Defendant, TRITON
HOLDINGS LTD, and Defendant TRITON AVIATION LTD d/b/a TRITON AVIATION
IRELAND, LTD., in a sum of money in excess of the jurisdictional limits of this Court,
together with interest and the costs of bringing this action.

119

## COUNT XIV
### SURVIVAL - STRICT LIABILITY
(TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC & TRITON AVIATION
LTD d/b/a TRITON AVIATION IRELAND, LTD)

1-38.   Plaintiffs reallege paragraphs 1 through 38 under the General Allegations

of this Complaint as paragraphs 1 through 38 of Count XII as though fully set forth

herein.

39.     Beginning in December 2005, and at all times material, Defendant,

TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC., and Defendant,

TRITON, leased the subject aircraft to Adam Air.

40.     At the time the subject aircraft left the control of Defendant, TRITON

HOLDINGS, LTD, and Defendant, TRITON, the subject aircraft was defective,

unreasonably dangerous and/or unfit for its intended use.

41.     As a proximate result of the defective, unreasonably dangerous, and/or

unfit condition of the subject aircraft,  RIANE ESTHER, FADJAR JONAH EFRAIM,

GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA

EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS,

PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI,

STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM

MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA,

RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO,

ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI,

LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI

CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA

BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

42.    That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW

121

BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

43.    That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA

ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

44.     That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E.

KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

45.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH,  T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

46.     That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal

124

Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN

WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA,

Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of

GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE

LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,

Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY

KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the

Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

126

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, TRITON AVIATION BUSINESS SERVICES HOLDINGS, LLC, and Defendant, TRITON AVIATION LTD d/b/a TRITON AVIATION IRELAND, LTD., in a sum of money in excess

of the jurisdictional limits of this Court, together with interest and the costs of bringing

this action.

## COUNT XV
## WRONGFUL DEATH - NEGLIGENCE ENTRUSTMENT
(WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION and
WELLS FARGO & COMPANY)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count XIII as though fully set forth herein.

39. Beginning in December 2005, and at all times material, Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were involved in the leasing of the subject aircraft to Adam Air.

40. Prior to January 1, 2007, and at all times material, Adam Air took constructive delivery of the subject aircraft and the aircraft was entrusted to Adam Air by Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY.

41. On January 1, 2007, and at all times material, the subject aircraft being operated by Adam Air was a dangerous instrumentality and possessed the ability to inflict significant harm upon persons and property.

42. That Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were negligent in the entrustment of the subject aircraft to Adam Air when it knew, or should have known, that Adam Air did not have properly trained pilots and crew, did not have properly qualified and trained maintenance personnel, and did not have an adequate maintenance program.

43. As a proximate result of the negligent acts and omissions of Defendant,

129

WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, the subject aircraft experienced various problems which caused it to crash into the sea at the time and place previously indicated causing injuries and death to RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI.

44.     That at the times of their deaths, the Plaintiffs' decedents, RIANE

130

ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

45.    That the dependents of Plaintiffs' decedents,  RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

46.    That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH,  T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI,

132

SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR

FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK

DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY

KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT,

MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY

WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR

FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed

Representatives of the Estate of their respective decedents.

47.    That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of

the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal

Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN

WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA,

Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of

GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE

LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,

Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY

KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the

Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

134

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased,SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.

WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW,

deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of

YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of

the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in

Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND

RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA,

deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate

of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special
Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN
KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW,
deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of
CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal
Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO,
as Personal Representative of the Estate of BENNY LENDO, deceased, and each of
them, pray that judgment be entered in their favor against the Defendant, WELLS
FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, and Defendant, WELLS
FARGO & COMPANY, in a sum of money in excess of the jurisdictional limits of this
Court, together with interest and the costs of bringing this action.

136

## COUNT XVI
## SURVIVAL - NEGLIGENCE ENTRUSTMENT
(WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION and
WELLS FARGO & COMPANY)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations
of this Complaint as paragraphs 1 through 38 of Count XIV as though fully set forth
herein.

39.     Beginning in December 2005, and at all times material, Defendant,
WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were involved
in the leasing of the subject aircraft to Adam Air.

40.     Prior to January 1, 2007, and at all times material, Adam Air took
constructive delivery of the subject aircraft and the aircraft was entrusted to Adam Air
by Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY.

41.     On January 1, 2007, and at all times material, the subject aircraft being
operated by Adam Air was a dangerous instrumentality and possessed the ability to
inflict significant harm upon persons and property.

42.     That Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO
& COMPANY, were negligent in the entrustment of the subject aircraft to Adam Air
when it knew, or should have known, that Adam Air did not have properly trained pilots
and crew, did not have properly qualified and trained maintenance personnel, and did
not have an adequate maintenance program.

43.     As a proximate result of the negligent acts and omissions of Defendant,

WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, the subject aircraft experienced various problems which caused it to crash into the sea at the time and place previously indicated causing injuries and death to RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI.

44.     That prior to their deaths, the Plaintiffs' decedents,  RIANE ESTHER,

138

FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

45.      That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN

LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

46.     That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN

140

WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL,

NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON

SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI

HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA,

VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA,

SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA,

DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW

BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI

INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E.

KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA,

FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA,

HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW,

BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and

RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not

limited to, loss of support, society, companionship, love, affection, and services.

47.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN

PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH

ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY

SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN,

ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI,

SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR

FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK

DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

48.     That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

143

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special

144

Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, and Defendant, WELLS FARGO & COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

145

## COUNT XVII
## WRONGFUL DEATH - STRICT LIABILITY
(WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION and
WELLS FARGO & COMPANY)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations

of this Complaint as paragraphs 1 through 38 of Count XV as though fully set forth

herein.

39. Beginning in December 2005, and at all times material, Defendant,

WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were involved

in the leasing of the subject aircraft to Adam Air.

40. At the time the subject aircraft left the control of Defendant, WELLS

FARGO BANK, and Defendant, WELLS FARGO & COMPANY, the subject aircraft was

defective, unreasonably dangerous, and/or unfit for its intended use.

41. As a proximate result of the defective, unreasonably dangerous, and/or

unfit condition of the subject aircraft, RIANE ESTHER, FADJAR JONAH EFRAIM,

GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA

EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS,

PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI,

STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM

MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA,

RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO,

ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI,

LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI

CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA

146

BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

42.     That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA

147

ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, deceased, left surviving them certain dependents for whose benefit this action is brought.

43. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E.

KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

44.    That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH,  T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45.    That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN

WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

150

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal
Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;
HENDRICUS HANDONO WARIH, Personal Representative of the Estate of
FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,
Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,
Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of
JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of
the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,
Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;
ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA
ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of
the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal
Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special
Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,
Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER
BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,
INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW
BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of
MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,
R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,
deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE
KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of
MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

151

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, and Defendant, WELLS FARGO & COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT XVIII
### SURVIVAL - STRICT LIABILITY
(WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION and
WELLS FARGO & COMPANY)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count XVI as though fully set forth herein.

39. Beginning in December 2005, and at all times material, Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were involved in the leasing of the subject aircraft to Adam Air.

40. At the time the subject aircraft left the control of Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, the subject aircraft was defective, unreasonably dangerous and/or unfit for its intended use.

41. As a proximate result of the defective, unreasonably dangerous, and/or unfit condition of the subject aircraft, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA

153

BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

42.    That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

154

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

43. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN,

JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

44. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA,

HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

45.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A,. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

46.     That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA,

157

Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of

GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE

LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,

Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY

KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the

Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, and Defendant, WELLS FARGO & COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

160

## COUNT XIX
### WRONGFUL DEATH - NEGLIGENCE
(WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION and
WELLS FARGO & COMPANY)

1-38.  Plaintiffs reallege paragraphs 1 through 38 under the General Allegations

of this Complaint as paragraphs 1 through 38 of Count XV as though fully set forth

herein.

39.     Beginning in December 2005, and at all times material, Defendant,

WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were involved

in the leasing of the subject aircraft to Adam Air.

40.     Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO &

COMPANY, were negligent in the leasing of the subject aircraft to Adam Air.

41.     As a direct and proximate result of the negligence of Defendant, RIANE

ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD

GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN

LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO,

MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI

AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN,

DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING

IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI,

FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS

RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO,

FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH

SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA

BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

42.     That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI,

CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, deceased, left surviving them certain dependents for whose benefit this action is brought.

43. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M.

WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

44. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45. That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN

WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

165

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, and Defendant, WELLS FARGO & COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT XX
### SURVIVAL - NEGLIGENCE
(WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION and
WELLS FARGO & COMPANY)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of Count XV as though fully set forth herein.

39. Beginning in December 2005, and at all times material, Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were involved in the leasing of the subject aircraft to Adam Air.

40. Defendant, WELLS FARGO BANK, and Defendant, WELLS FARGO & COMPANY, were negligent in the leasing of the subject aircraft to Adam Air.

41. As a direct and proximate result of the negligence of Defendant, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA

168

BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

42. That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA,

NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

43. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G.

170

WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

44.    That the dependents of Plaintiffs' decedents,  RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY

171

KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

45. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

46. That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA,

Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

173

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, and Defendant, WELLS FARGO & COMPANY, in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT XXI
## WRONGFUL DEATH - STRICT PRODUCT LIABILITY
(HONEYWELL INTERNATIONAL, INC.)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations

of this Complaint as paragraphs 1 through 38 of this Count XVII as though fully set forth

herein.

39.     At the time the Inertial Reference System left the control of Defendant,

HONEYWELL, the Inertial Reference System was defective, unreasonably dangerous,

and/or unfit for its intended use.

40. As a direct and proximate result of the defective, unreasonably dangerous,

and/or unfit condition of the Inertial Reference System, RIANE ESTHER, FADJAR

JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA,

GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY

KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU,

IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN

WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL,

NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON

SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI

HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA,

VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA,

SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA,

DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW

BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI

176

INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO,DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41.    That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG,

RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

42. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and

RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

43.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

44.     That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE

LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO, Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN, Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN, Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased; ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA, Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased, INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased, R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN, deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO, Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G.

WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, HONEYWELL INTERNATIONAL, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

182

## COUNT XXII
### SURVIVAL - STRICT PRODUCT LIABILITY
(HONEYWELL INTERNATIONAL, INC.)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of this Count XVIII as though fully set forth herein.

39. At the time the Inertial Reference System left the control of Defendant, HONEYWELL, the Inertial Reference System was defective, unreasonably dangerous, and/or unfit for its intended use.

40. As a direct and proximate result of the defective, unreasonably dangerous, and/or unfit condition of the Inertial Reference System, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY

183

LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41.    That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA,

FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS,VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

42.    That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA

185

PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

43. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial

186

pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

44.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PRODORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45.     That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

187

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE

LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,

Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY

KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the

Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

188

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

189

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, HONEYWELL INTERNATIONAL, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT XXIII
## WRONGFUL DEATH - NEGLIGENCE
(HONEYWELL INTERNATIONAL, INC.)

1-38.   Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of this Count XIX as though fully set forth herein.

39.   Defendant, HONEYWELL, was negligent in the design, manufacture, assembly, sale and/or distribution of the Inertial Reference System and/or was negligent in its after market customer support.

40.   As a direct and proximate result of the negligence of Defendant, HONEYWELL, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA

ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, CHRISTINA AGATA PATRICIA, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS,VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41.     That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G.

WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, CHRISTINA AGATA PATRICIA, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

42.    That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA,  MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, CHRISTINA AGATA PATRICIA, YUNEKEE TUMURANG, RIRIN

J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss including, but not limited to, loss of support, society, companionship, love, affection, and services.

43.     That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

44.     That this action is brought pursuant to the Illinois Wrongful Death Act.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA,

194

Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of
GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal
Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE
LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,
Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY
KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the
Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal
Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA
MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;
FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI
GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the
Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative
of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM
MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,
Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of
SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the
Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the
Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal
Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY
SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;
HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON
SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal
Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased, and EDNAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased, MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIAdeceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, HONEYWELL INTERNATIONAL, INC., in a sum of money in excess of the jurisdictional limits of this Court, together with interest and the costs of bringing this action.

## COUNT XXIV
### SURVIVAL - NEGLIGENCE
(HONEYWELL INTERNATIONAL, INC.)

1-38. Plaintiffs reallege paragraphs 1 through 38 under the General Allegations of this Complaint as paragraphs 1 through 38 of this Count XX as though fully set forth herein.

39. Defendant, HONEYWELL, was negligent in the design, manufacture, assembly, sale and/or distribution of the Inertial Reference System and/or was negligent in its after-market customer support.

40. As a direct and proximate result of the negligence of Defendant, HONEYWELL, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE

198

WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, CHRISTINA AGATA PATRICIA, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, sustained injuries which led to their deaths.

41. That prior to their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, CHRISTINA AGATA PATRICIA, YUNEKEE TUMURANG, RIRIN

J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, suffered multiple injuries including conscious pain and suffering as well as severe terror and emotional distress.

42. That at the times of their deaths, the Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, CHRISTINA AGATA PATRICIA, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY

LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, left surviving them certain dependents for whose benefit this action is brought.

43. That the dependents of Plaintiffs' decedents, RIANE ESTHER, FADJAR JONAH EFRAIM, GARY JOAN EFRAIM JUANA, GERALD GABRIAL EFRAIM JUANA, GLENN YENUDA EFRAIM JUANA, YOHANES BENYAMIN LENDO, DESSY KATERINA PAULUS, PETRA SELS RUMPIA, HARI SUDARYONO, MARIA J. TOLIU, IGNATI GATUWATI, STEPHANUS GATUWATI, CAPTAIN REFRI AGUSTIAN WIDODO, JOLLY WILLEM MOMONGAN, SHEYSITA TURANGAN, DANIEL LALEL, NONTJE TUMBELAKA, RENDY CHRISTIAN HANDOKO, NINING IRIYANI, ARISTON SETYO WIDODO, ELISABETH FERI JRIHANDAYANI, FRANSISKA ROMANA SRI HARTINI, LEONARDO PRAMATYA ARDANA, JROLFILUS RIKESA ARNATA, VERAWATI CHATARINA, VITTORIO BUYUNG PUTRANTO, FLONIA MONICA ASSA, SUSETIJA BUDI, BAMBANG SUPRIYANTO, RATIH SEKARSARI, YOGA SASONTA, DAVID BATUBARA, INGGRID SUMOLANG, MILKA BATUBARA, MATTHEW BATUBARA, MADE DWI DIASTARI, KOMANG PRADINA ANGGARI, DANIEL HERRY LENZUN, SINTJE KALALO, MAYA ISMAWATI, CHRISTINA AGATHA PATRICIA, NOVI INDRAYANTO, WIESYE WALINTUKAN, JOPPY E.L. WANTANIA, MARRY E. KAUROW, ELNNY M.Y. WANTANIA, MELVA G. WANTANIA, CINDY E.M. WANTANIA, FIRA JINI KAUROW, CHRISTINA AGATA PATRICIA, YUNEKEE TUMURANG, RIRIN J. BUTOLO, DINA OKTARINA, HERRY SUDARYONO, DESSY KATERINA PAULUS, VIRA JINNY KAUROUW, BENNY LENDO, CHRISTINA AGATA PATRICIA, DANIEL HERRY LENSUN, and RATIH SEKARSARI, have sustained substantial pecuniary loss

including, but not limited to, loss of support, society, companionship, love, affection, and services.

44. That the Plaintiffs, FRANS EFRAIN WUISAN, SACRE LENDO, YENSEN PAULUS, TRINTJE SASIPARE, INNEKE TOMBOKAN, FRANSISKA MONINGKA, SH ZULFIA, ABRAHAM MOMONGAN, DENNY LALE, CHARLES HANDOKO, ETY SRIWATI, HENDRICUS HANDONO WARIH, T.A. BRATA, DICKY FIRMAN TARIGAN, ELLEN T. KARWUR, RR. ANGGRAENI KUSUMANINGTYAS, ENDAH PROBORINI, SUMINI, KETTHY MARIESTA, ESTHER BATUBARA, NYOMAN BUDIASA, R.A. NUR FAUZIA, CHRISTIAN J. MUSKITTA, SLAMET ABDULLAH, BARRY R. TONTEY, NINIK DWI SULISTYOWATI, HENDRY WARSITO SUTEDJA, IRENE MAMOTO, DR. FERRY KAUROW, SEMUEL TUMURANG, MARYAM HASAN, FREDI K. SIMANUNGKALIT, MUHAMMAD SIDIK, RUSMALA DEWI, FRANGKY DONNY TOMBOKAN, HENDRY WARSITO SUTEDJA, MARTHEN KAUROUW, BARRY RUDOLF TONTEY, R.A. NUR FAUZIAH, and JIMMY LENDO, named herein, are the properly appointed Representatives of the Estate of their respective decedents.

45. That this action is brought pursuant to what is commonly called the Survival Act in the State of Illinois.

WHEREFORE, Plaintiffs, FRANS EFRAIN WUISAN, Personal Representative of the Estate of RIANE ESTHER, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of FADJAR JONAH EFRAIM, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GARY JOAN EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal Representative of the Estate of GERALD GABRIAL EFRAIM JUANA, Deceased; FRANS EFRAIN WUISAN, Personal

202

Representative of the Estate of GLENN YENUDA EFRAIM JUANA, Deceased; SACRE

LENDO, Personal Representative of the Estate of YOHANES BENYAMIN LENDO,

Deceased; YENSEN PAULUS, Personal Representative of the Estate of DESSY

KATERINA PAULUS, Deceased; TRINTJE SASIPARE, Personal Representative of the

Estate of PETRA SELS RUMPIA, Deceased; INNEKE TOMBOKAN, Personal

Representative of the Estate of HARI SUDARYONO, Deceased; FRANSISKA

MONINGKA, Personal Representative of the Estate of MARIA J. TOLIU, Deceased;

FRANSISKA MONINGKA, Personal Representative of the Estate of IGNATI

GATUWATI, Deceased; FRANSISKA MONINGKA, Personal Representative of the

Estate of STEPHANUS GATUWATI, Deceased; SH ZULFIA, Personal Representative

of the Estate of CAPTAIN REFRI AGUSTIAN WIDODO, Deceased; ABRAHAM

MOMONGAN, Personal Representative of the Estate of JOLLY WILLEM MOMONGAN,

Deceased; ABRAHAM MOMONGAN, Personal Representative of the Estate of

SHEYSITA TURANGAN, Deceased; DENNY LALE, Personal Representative of the

Estate of DANIEL LALEL, Deceased; DENNY LALE, Personal Representative of the

Estate of NONTJE TUMBELAKA, Deceased; CHARLES HANDOKO, Personal

Representative of the Estate of RENDY CHRISTIAN HANDOKO, Deceased; ETY

SRIWATI, Personal Representative of the Estate of NINING IRIYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of ARISTON

SETYO WIDODO, Deceased; HENDRICUS HANDONO WARIH, Personal

Representative of the Estate of ELISABETH FERI JRIHANDAYANI, Deceased;

HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

FRANSISKA ROMANA SRI HARTINI, Deceased; HENDRICUS HANDONO WARIH,

203

Personal Representative of the Estate of LEONARDO PRAMATYA ARDANA,

Deceased; HENDRICUS HANDONO WARIH, Personal Representative of the Estate of

JROLFILUS RIKESA ARNATA, Deceased; T.A. BRATA, Personal Representative of

the Estate of VERAWATI CHATARINA, Deceased; DICKY FIRMAN TARIGAN,

Personal Representative of the Estate of VITTORIO BUYUNG PUTRANTO, Deceased;

ELLEN T. KARWUR, Personal Representative of the Estate of FLONIA MONICA

ASSA, Deceased; RR. ANGGRAENI KUSUMANINGTYAS, Personal Representative of

the Estate of SUSETIJA BUDI, Deceased; and ENDAH PROBORINI, Personal

Representative of the Estate of BAMBANG SUPRIYANTO, Deceased, SUMINI, Special

Administrator of the Estate of RATIH SEKARSARI, deceased, KETTHY MARIESTA,

Special Administrator of the Estate of YOGA SASONTA, deceased, ESTHER

BATUBARA, Special Administrator of the Estates of DAVID BATUBARA, deceased,

INGGRID SUMOLANG, deceased, MILKA BATUBARA, deceased, and MATTHEW

BATUBARA, deceased, NYOMAN BUDIASA, Special Administrator of the Estates of

MADE DWI DIASTARI, deceased, and KOMANG PRADINA ANGGARI, deceased,

R.A. NUR FAUZIA, Special Administrator of the Estate of DANIEL HERRY LENZUN,

deceased, CHRISTIAN J. MUSKITTA, Special Administrator of the Estate of SINTJE

KALALO, deceased, SLAMET ABDULLAH, Special Administrator of the Estate of

MAYA ISMAWATI, deceased, BARRY R. TONTEY, Special Administrator of the Estate

of CHRISTINA AGATHA PATRICIA, deceased, NINIK DWI SULISTYOWATI, Special

Administrator of the Estate of NOVI INDRAYANTO, deceased, IRENE MAMOTO,

Special Administrator of the Estate of WIESYE WALINTUKAN, deceased, DR. FERRY

KAUROW, Special Administrator of the Estates of JOPPY E.L. WANTANIA, deceased,

MARRY E. KAUROW, deceased, ELNNY M.Y. WANTANIA, deceased, MELVA G. WANTANIA, deceased, CINDY E.M. WANTANIA, deceased, and FIRA JINI KAUROW, deceased, SEMUEL TUMURANG, as Personal Representative of the Estate of YUNEKEE TUMURANG, deceased, MARYAM HASAN, as Personal Representative of the Estate of RIRIN J. BUTOLO, deceased, FREDI K. SIMANUNGKALIT, as Attorney in Fact for the Estate of RATIH SEKARASARI, deceased MUHAMMAD SIDIK AND RUSMALA DEWI, as Co-Personal Representatives of the Estate of DINA OKTARINA, deceased, FRANGKY DONNY TOMBOKAN, as Personal Representative of the Estate of HERRY SUDARYONO, deceased, HENDRY WARSITO SUTEDJA, Special Administrator of theEstate of DESSY KATERINA PAULUS, deceased, MARTHEN KAUROUW, as Personal Representative of the Estate of VIRA JINNY KAUROUW, deceased, BARRY RUDOLF TONTEY, as Personal Representative of the Estate of CHRISTINA AGATA PATRICIA, deceased, R.A. NUR FAUZIAH, as Personal Representative of the Estate of DANIEL HERRY LENSUN, deceased, JIMMY LENDO, as Personal Representative of the Estate of BENNY LENDO, deceased, and each of them, pray that judgment be entered in their favor against the Defendant, HONEYWELL INTERNATIONAL, INC., in a sum of money in excess of the

205

jurisdictional limits of this Court, together with interest and the costs of bringing this

action.

POWER ROGERS & SMITH, PC


By: s/ Brian LaCien
One of the Attorneys for Plaintiff

Joseph A. Power, Jr. (02244276)
Todd A. Smith (02655926)
Brian LaCien (6277840)
Carolyn Daley Scott
POWER ROGERS & SMITH, PC
Three First National Plaza
70 West Madison, 55th Floor
Chicago, Illinois 60602
312-236-9381

Floyd A. Wisner
Wisner Law Firm
934 S. 4th Street
St. Charles, IL. 60174
630/513-9434
Fax: 630/510-6287

Christopher W. Graul
Monica Kelly
Fernando Torres
Tomas Ramirez
Ribbeck Law, Chartered
505 N. Lake Shore Dr., Ste. 102
Chicago, IL. 60611
312/794-7300/312/822-9999
Fax: 773/929-2771