AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Air Crash Disaster over Makassar
Strait, Sulawesi

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 09 C 3805

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
tried and the jury rendered its verdict.

☐     Decision by Court.  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Presently before us is Defendants' joint
Motion to Dismiss on the Grounds of Forum Non Conveniens.   We grant the Motion.
Indonesia is the far more convenient and proper forum for this litigation.  We grant
Defendants' Motion and dismiss this case on the grounds of forum non conveniens.

Michael W. Dobbins, Clerk of Court

Date: 1/11/2011

_____
/s/ Gladys Lugo, Deputy Clerk